Clerk of The Court
United STATes District Court
Western District, Michigan

FILED - GR
April 3, 2024 11:31 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: JW / 4-3

March 31, 2024

**1:24-cv-338**
**Jane M. Beckering**
**U.S. District Judge**

Dear Clerk,

My Name is William Troy West I Believe That i have An Active 42 U.S.C. § 1983 Law suit pending in This honorable Court. Case # 1:23-cv-01348 With The honorable Magistrate Phillips.

My Purpose for Corresponding today is Because in April or May of 2020. I like many other Americans were forced into depending on Pandemic Unemployment Benefits. At that Time i was granted Those Benefits.

I started receiveing Those Benefits Some Time in June or July. It was only Just a few short months And Those Benefits were froze or stoped, For, An issue of my Identification

Again i Resubmitted my Credentials And After a Month or 2 my Benifits started Comming Again 2 or 3 months went By And All The Sudden The

Benifits were frozen Again There were many Telephone Converences That Took Place BeTween i and A Represenitives. I was informed That They Needed A Document from employer. (R.F. Power Solutions) They were Provided That. They Assured me That After That my Benefits Would Again STArT Comming, For me To Be Sure and Continue To Cerify every week. I Did That. The Benifits Never did STArT Comming.

More Telephone Conversations were had And i was Then Told They Needed To Speak With The Represenitive of The Company R.F. Power Solutions. Who At The Time was Mr. Richard Falk. At which They Did make Contact with him And Verified my employment. However I Never had got my Benifits Restored. What i Did received was a Bill SAying That i fradgulenTly Received The Benifits I had Received

Pg 2

The Benifits, And That i Would have to pay $18,900.00 Back. In November of 2021 a Conselor By The Name of Tiffany at The Place in Muskegon where I was receiving Treatment Help me in The Appeal Process. We Were Told That my Benifits Would Be restored. That Never Happened. I had Continued to Certify Weekly As Told until September I Believe of 2022 When They Benifits had reached Their limits.

I have on AT least 6 or 7 Different Occassions written To P.U.A. Requesting The Benifits i legally And Ethically Qualified for That I've Never Received. As Near as i Can figure The Pandemic unemployment Agency owe's me for 25 Weeks of Benefits at $740.00 a Week Which Totals $19,500.00

The Actions of The Above Mentioned Agency Causes Me Severe Mental Trauma and Duress

pg 3

for No Apparent Reason.

I want to sue That Agency for The $19,500.00 Plus Damages.

It is my Belief That The United States Constitution Allows me to Relief under 42 U.S.C. § 1983.

I Ask This honorable Court to Interject And grant me The Benefits That i qualified for. And Certified for.

I William Troy West I swear under The Penalties of Perjury All of The Above Said To Be The Whole Truth and Nothing But The Truth To The Best of My Knowledge.

Sunday March 31st          William T. West

Pg 4

William West
703 Ball Ave Ne.
Grand Rapids Mi.
49503

This mail originates
from the
Kent County Correctional Facility



United States District Court
Western District of michigan
399 Federal Bldg.
110 Michigan St. NW.
Grand Rapids, Mi. 49503